IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

OMARION DICKENS                                                                                                  PLAINTIFF

v.                                              Civil No. 6:24-cv-6148

OUACHITA BAPTIST UNIVERSITY;
MICHAEL REYNOLDS; and
AMERICAN FAMILY HOME
INSURANCE COMPANY                                                                                         DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Defendants Ouachita Baptist University and Michael Reynolds. ECF No. 6. After these Defendants filed their Motion to Dismiss, Plaintiff filed an Amended Complaint in this matter. ECF No. 15. Thus, the Court finds that the Motion to Dismiss (ECF No. 6) filed by Defendants Ouachita Baptist University and Michael Reynolds should be and hereby is **DENIED AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

**IT IS SO ORDERED**, this 5th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge